IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Sandra Phillips,

    Plaintiff,

vs.    No. 16-cv-5257

Joe,    Judge Dow

    Defendant.

Status Report

Now comes H. Candace Gorman, court appointed attorney for Sandra Phillips, and in response to this Court's request for a status report, states the following:

1. On May 26, 2016 this Court invited the undersigned attorney, H. Candace Gorman, to accept the pro bono representation of Plaintiff, Sandra Phillips.

2. On June 7, 2016, after reviewing the complaint, counsel arranged a meeting with Ms. Phillips and accepted the Court's invitation by filing an appearance on behalf of Ms. Phillips.

3. On Monday June 13, 2016 council met with Ms. Phillips to discuss her lawsuit against the Grand Motel (although the defendant was not properly named in the pro-se complaint).

4. At the meeting Ms. Phillips explained the very poor treatment that she received during her employment at the motel where she worked as a housekeeper. It was

clear from the conversation that Ms. Phillips is a hard working employee and that she was treated in a discriminatory fashion at the motel. Unfortunately, it was also clear that Ms. Phillips EEOC charge was not timely in that she was terminated in March 2014 and did not file an EEOC charge until more than a year later, in April 2015. The EEOC dismissed the charge as untimely.

5. Counsel explained to Ms. Phillips the time limitations on filing with the EEOC during their meeting on June 13, 2016 and also explained the effect that failing to file a timely charge has on a lawsuit in federal court. Ms. Phillips understood the problem and agreed that counsel would need to explain this to this Court. Ms. Phillips also understood that the result would be that her case would be dismissed as untimely.

6. Counsel sent a letter, certified mail, to Ms. Phillips on June 17, 2016, again explaining to Ms. Phillips that her lawsuit had not been timely filed and that counsel would be relating that information to this Court when a status was scheduled. (A copy of the return receipt is attached as Ex. 1)

7. On July 7, 2016 Ms. Phillips called and left a message for counsel expressing her gratitude to this Court for appointing an attorney to explain the process to her.

                            Respectfully Submitted,

                            /s/ H. Candace Gorman
                            Attorney for Sandra Phillips

H. Candace Gorman
220 S. Halsted
Suite 200
Chicago Il. 60661
312.427.2313